CARRUTH, APPELLANT, *v.* ERIE INSURANCE GROUP, APPELLEE.

[Cite as *Carruth v. Erie Ins. Group* (2001), 92 Ohio St.3d 211.]

(No. 00–1873—Submitted May 16, 2001—Decided July 5, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., concur in judgment.

COOK, J., **concurring in judgment.** I concur in judgment based on the reasoning set forth in my dissenting opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing opinion.

*Elk & Elk Co., L.P.A.,* and *Todd O. Rosenberg,* for appellant.